| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____  Chapter you are filing under:<br>☐ Chapter 7<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  6229 NE 2nd Avenue LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  47-3504078

4. **Debtor's address**

   **Principal place of business**
   6229 NE 2nd Avenue
   Number    Street

   Miami            FL    33138
   City             State  ZIP Code

   Miami-Dade County
   County

   **Mailing address, if different from principal place of business**
   300 NE 71st Street
   Number    Street

   P.O. Box

   Miami            FL    33138
   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City             State  ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    6229 NE 2nd Avenue LLC    Case number *(if known)*_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____   When _____   Case number _____
                                                     MM / DD / YYYY
        District _____   When _____   Case number _____
                                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.   Debtor   6200 NE 2nd Avenue, LLC        Relationship   Affiliate
        District   Southern District of Florida        When   01/18/2022
                                                                                     MM / DD / YYYY
        Case number, if known   22-10385-RAM

Debtor  6229 NE 2nd Avenue LLC  Case number (*if known*)_____
        _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br>_____<br>_____    _____    _____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

| | **Statistical and administrative information** |
|---|---|

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| Debtor | 6229 NE 2nd Avenue LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2022
           MM / DD / YYYY

✘ /s/ Mallory Kauderer            Mallory Kauderer
Signature of authorized representative of debtor   Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Steven Beiley            Date  05/31/2022
Signature of attorney for debtor           MM / DD / YYYY

Steven Beiley
Printed name

Aaronson Schantz Beiley P.A.
Firm name

2 South Biscayne Boulevard Suite 3450
Number    Street

Miami                FL      33131
City                 State   ZIP Code

(786) 594-3000            sbeiley@aspalaw.com
Contact phone             Email address

912549                FL
Bar number            State

Debtor 6229 NE 2nd Avenue LLC_____ Case number *(if known)*_____
 First Name Middle Name Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| 5911 NE 2nd Avenue, LLC | Southern District of Florida | 01/18/2022 | 22-10386-RAM |
| 5901 NE 2nd Avenue, LLC | Southern District of Florida | 01/18/2022 | 22-10387-RAM |
| 5700 NE 2nd Avenue, LLC | Southern District of Florida | 01/18/2022 | 22-10390-RAM |
| 5900 NE 2nd Avenue, LLC | Southern District of Florida | 01/18/2022 | 22-10388-RAM |
| 175 NE 55th Street, LLC | Southern District of Florida | 01/18/2022 | 22-10391-RAM |
| 5524 NE 2nd Avenue, LLC | Southern District of Florida | 01/18/2022 | 22-10392-RAM |

Fill in this information to identify the case:

Debtor name: 6229 NE 2nd Avenue LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arnaldo Velez, P.A.<br>35 Almeria Avenue<br>Miami, FL, 33134 | Arnaldo Velez, Esq.<br>305-461-9499<br>avelez@velezlawoffices.com | Services | | | | 23,699.16 |
| 2 | Halloran Construction<br>6709 Biscayne Boulevard #201<br>Miami, FL, 33138 | Andrew Halloran<br>305-545-0405<br>andrew@halloranconstruction.com | Services | | | | 16,433.33 |
| 3 | Donita Leavitt<br>15051 Royal Oaks Lane #1901<br>North Miami, FL, 33181 | Donita Leavitt<br>305-467-8740<br>donita@rpeqllc.com | Services | | | | 12,500.00 |
| 4 | Lamuel Pryce<br>1202 NE 117th Street<br>Miami, FL, 33161 | Lamuel Pryce<br>305-384-8078 | Services | | | | 3,900.00 |
| 5 | City of Miami<br>Finance Department<br>444 SW 2nd Avenue<br>Miami, FL, 33130 | 305-415-1570 | Recertification Filing Late Fees | | | | 1,815.74 |
| 6 | Miami-Dade County Tax Collector<br>200 NW 2nd Avenue<br>First Floor<br>Miami, FL, 33128 | local.businesstax@miamidade.gov<br>305-270-4949 | Taxes & Other Government Units | | | | 1,237.50 |
| 7 | Claude Castel<br>1450 NE 109th Street<br>Miami, FL, 33161 | Claude Castel<br>954-864-6802 | Services | | | | 1,000.00 |
| 8 | | | | | | | |

Debtor __6229 NE 2nd Avenue LLC_____    Case number (*if known*)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204            **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**            page 2

**Arnaldo Velez, P.A.**
35 Almeria Avenue
Miami, FL 33134


**City of Miami**
Finance Department
444 SW 2nd Avenue
Miami, FL 33130


**Claude Castel**
1450 NE 109th Street
Miami, FL 33161


**Donita Leavitt**
15051 Royal Oaks Lane
North Miami, FL 33181


**G Shores Holdings LLC (32.94%)**
700 Biltmore Way
Suite C1
Miami, FL 33134


**Halloran Construction**
6709 Biscayne Boulevard
Miami, FL 33138


**JMG Holdings, LLC (20.59%)**
700 Biltmore Way
Suite C1
Miami, FL 33134


**Lamuel Pryce**
1202 NE 117th Street
Miami, FL 33161


**Mallory Kauderer**


**MCCV Holdings LLC (20.59%)**
700 Biltmore Way
Suite C1
Miami, FL 33134


**Miami-Dade County Tax Collector**
200 NW 2nd Avenue
First Floor
Miami, FL 33128


**The Rock-Miami Church Inc. (25.88%)**
700 Biltmore Way
Suite C1
Miami, FL 33134

United States Bankruptcy Court
Southern District of Florida

In re: 6229 NE 2nd Avenue LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/31/2022

/s/ Mallory Kauderer
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor